## BAXA ET AL. *v.* UNITED STATES.

No. 957. Decided May 24, 1965.

*Melvin B. Lewis* and *Howard W. Minn* for petitioners.

*Solicitor General Cox, Acting Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted. On consideration of the confession of error by the Solicitor General and upon examination of the entire record, the judgment is vacated and the case is remanded to the United States District Court for the Southern District of Illinois for a new trial.